IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

WILLIAM HENRY OTTO,                    )
                                       )
                Petitioner,            )
                                       )
        v.                             )        Case No. 1:25-cv-00145-AGF
                                       )
UNITED STATES OF AMERICA,              )
                                       )
                Respondent.            )

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner William Henry Otto's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Petitioner has filed a nearly identical motion under § 2255 with respect to his related criminal case before Senior District Judge Stephen N. Limbaugh, Jr.  *See* Case Nos. 1:25-cv-00144-SNLJ, 1:23-cr-00122-SNLJ.

Upon review of the filings, the Court believes that material issues of fact that cannot be resolved on the record have been raised <u>solely</u> with respect to Petitioner's Ground Three in both § 2255 cases.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall promptly meet and confer and shall file a notice by no later than **April 20, 2026**, advising the Court whether the parties agree to consolidate this case with Case No. 1:25-cv-00144-SNLJ solely for the purpose of conducting an evidentiary hearing on Ground Three only, over which the undersigned would preside.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 6th day of April, 2026.